**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Courtney Hugh WALKER, a/k/a Gary Walker, Defendant–Appellant.**

No. 02–7355.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 21, 2002.

Decided Dec. 3, 2002.

Courtney Hugh Walker, Appellant Pro Se. Benjamin H. White, Jr., Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Courtney H. Walker appeals the district court's order denying his motion to amend his criminal judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Walker*, No. CR–94–18 (M.D.N.C. July 29, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*